# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Eaton Wildes, Jr., | No. CV-04-1783-PHX-DGC (DKD) |
| Petitioner, | **ORDER** |
| v. | |
| Dora Schriro; Arizona Attorney General, | |
| Respondents. | |

Pending before the Court are Petitioner Daniel Eaton Wildes, Jr.'s petition for writ of habeas corpus and United States Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"). Dkt. ##1, 33. The R&R recommends that the petition be denied and dismissed with prejudice. Dkt. #33 at 12. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 12 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)). In addition, Petitioner was granted an extension to March 2, 2007 to file objections to the R&R. Dkt. 35.

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific

written objection has been made[.]"). The Court will accept the R&R and the Petition will be denied and dismissed with prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge David K. Duncan's R&R (Dkt. #33) is **accepted**.

2. Petitioner Daniel Eaton Wildes' petition for writ of habeas corpus (Dkt. #1) is **denied** and **dismissed with prejudice**.

3. The Clerk of Court shall **terminate** this action.

DATED this 14th day of March, 2007.

*[signature]*
David G. Campbell
United States District Judge